PHILLIP A. TALBERT
United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VENIAMIN MARKEVICH, ET AL, <br><br> Defendant. | CASE NO. 2:11-CR-00210-DAD-4 <br><br> ORDER DISMISSING INDICTMENT AS TO DEFENDANT VENIAMIN MARKEVICH (ALSO KNOWN AS BEN MARKEVICH) AND VACATING STATUS CONFERENCE HEARING |

It is hereby ordered that plaintiff United States of America's motion pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss the Indictment as to defendant Veniamin Markevich (also known as Ben Markevich) only is GRANTED. The status conference scheduled for February 28, 2023 as to this defendant is vacated.

IT IS SO ORDERED.

Dated: __December 13, 2022__      _____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER                                      1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28